UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| ISAAC S. KNOTT, | ) |
| *Plaintiff*, | ) |
| | ) Case No. 4:21-CV-33-CLC-SKL |
| v. | ) |
| | ) *Lead Case Consolidated with* |
| KEVIN MARTIN, SHANE GEORGE, JOHN LASATER, *and* S.A. DAUGHERTY, | ) Case No. 4:21-CV-40-CLC-SKL |
| *Defendants*. | ) |

## JUDGMENT ORDER

For the reasons set forth in the accompanying memorandum, the motion for summary judgment filed by Defendants Kevin Martin, Shane George, John Lasater and S.A. Daugherty [Doc. 23] is **GRANTED** and this *pro se* complaint alleging violation of 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE**. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this dismissal would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. There being no further issues, the Court **DIRECTS** the Clerk of Court to **CLOSE** the case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
/s/ LeAnna R. Wilson
CLERK OF COURT